**O'BRIEN, BELLAND & BUSHINSKY, LLC**
509 S. Lenola Road
Building 6
Moorestown, New Jersey 08057
(856) 795-2181
By: Steven J. Bushinsky, Esquire
W. Daniel Feehan, Esquire

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND;<br><br>*Plaintiffs,*<br><br>v.<br><br>SENTINEL SYSTEMS LLC,<br><br>*Defendant.* | Case No: 2:20-cv-07081-SDW-LDW<br><br>*Civil Action*<br><br>**DEFAULT JUDGMENT** |

This matter having come before the Court on Plaintiffs' Request for Default Judgment, it is on this __3rd__ day of __May__ 2021;

**ORDERED and ADJUDGED** that Defendant Sentinel Systems LLC is enjoined from violating the terms of the parties' Agreement as to Plaintiff Funds;

**IT IS FURTHER ORDERED** that Defendant Sentinel Systems LLC provide a surety bond or cash bond equivalent in the amount of $50,000.00 with Plaintiffs as obligees;

**IT IS FURTHER ORDERED and ADJUDGED** that if Defendant Sentinel Systems LLC fails to provide a surety bond or cash bond equivalent in the amount of $50,000.00 within fourteen (14) days of the date of this Order, judgment is entered in favor of Plaintiffs in the amount of $50,000.00;

**IT IS FURTHER ORDERED and ADJUDGED** that Defendant Sentinel Systems LLC specifically perform all obligations to Plaintiffs under the parties' Agreement; and

**IT IS ORDERED AND ADJUDGED** that attorneys' fees and costs in the amount of **$1,721.75** are awarded in favor of Plaintiffs;

**IT IS FURTHER ORDERED and ADJUDGED** that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.

_____
Susan D. Wigenton, U.S.D.J.