O'BRIEN, BELLAND & BUSHINSKY, LLC
509 S. Lenola Road
Building 6
Moorestown, New Jersey 08057
(856) 795-2181
*By:* Steven J. Bushinsky, Esquire
    W. Daniel Feehan, Esquire

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND; TRUSTEES OF INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 VACATION FUND; TRUSTEES OF PAINTERS DISTRICT COUNCIL 711 FINISHING TRADES INSTITUTE; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 HEALTH & WELFARE FUND; INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711 VACATION FUND; PAINTERS DISTRICT COUNCIL 711 FINISHING TRADES INSTITUTE; AND INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES DISTRICT COUNCIL 711; | Case No. 2:20-cv-07081-SDW-LDW<br><br>**ORDER** |
| Plaintiffs,<br>v.<br><br>SENTINEL SYSTEMS LLC,<br>*Defendant.* | |

This matter having come before the Court on Plaintiffs' Motion to Vacate Default Judgment, it is on this  13th  day of  July  2021;

**ORDERED and ADJUDGED** that the May 3, 2021 Default Judgment ordering Defendant Sentinel to provide a surety bond or cash bond equivalent in the amount of $50,000.00 and for attorneys' fees and costs in the amount of **$1,721.75** entered against Defendant Sentinel Systems LLC is hereby vacated.

_____
Susan D. Wigenton, U.S.D.J.